**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH-PMF |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Keisa Clark v. Bayer Corporation, et al.* | *No. 3:10-cv-12163-DRH-PMF* |
| *Beth Daniels v. Bayer Corporation, et al.* | *No. 3:10-cv-12754-DRH-PMF* |
| *Samantha Everson v. Bayer HealthCare Pharmaceuticals, et al.* | *No. 3:10-cv-10942-DRH-PMF* |
| *Tiffany McHenry v. Bayer Corporation, et al.* | *No. 3:10-cv-13253-DRH-PMF* |
| *Nikki Presley v. Bayer Corporation, et al.* | *No. 3:11-cv-10680-DRH-PMF* |
| *Melissa Stokes v. Bayer Corporation, et al.* | *No. 3:11-cv-11465-DRH-PMF* |
| *Jennifer Sweigart Graham v. Bayer Corporation, et al.* | *No. 3:11-cv-11656-DRH-PMF* |
| *Amanda Trinidad v. Bayer HealthCare Pharmaceuticals, et al.* | *No. 3:11-cv-11235-DRH-PMF* |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 14, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY:___/s/*Sara Jennings*
   **Deputy Clerk**

Dated:  March 18, 2013

Digitally signed by
David R. Herndon
Date: 2013.03.18
16:50:00 -05'00'

APPROVED:
   CHIEF JUDGE
   U. S. DISTRICT COURT